**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **TAMMY LEWIS,** | **§** | |
| **Plaintiff,** | **§** | |
| | **§** | |
| **v.** | **§** | |
| | **§** | **CIVIL ACTION NO. 5:19-cv-01082** |
| **LIBERTY LIFE ASSURANCE** | **§** | |
| **COMPANY OF BOSTON,** | **§** | |
| **Defendant.** | **§** | |

# JOINT SCHEDULING RECOMMENDATIONS

In accordance with the Court's November 12, 2019, Order, the parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by March 4, 2020.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by March 4, 2020, and each opposing party shall respond, in writing, by March 18, 2020.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by April 1, 2020.

4. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by March 4, 2020. Parties resisting claims for relief shall filed their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by April 1, 2020. All designations of rebuttal experts shall be designated within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

6. As this is an ERISA benefits case, Defendant believes no discovery beyond the Administrative Record is appropriate. Plaintiff contends that discovery is appropriate. The parties shall complete all discovery, if any, by June 5, 2020. Counsel may by agreement continue

discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All Dispositive motions shall be filed no later than July 10, 2020. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length.

8. This case will not be set for trial until after dispositive motions, if any, have been ruled on. The Court will set a trial date and also set a deadline for the parties to file the matters required to be filed in advance of trial in accordance with Local Rule CV-16(e)-(g). However, the parties should be aware that if they choose to stay on this district court's docket (and do not consent to proceed to trial before a United States Magistrate Judge), from time to time the Court has three or four day blocks of time available and will not hesitate to accelerate the Scheduling Order deadlines and direct the parties to appear for trial with as little as forty-eight hours' notice.

9. All parties to this action have been served and have conferred concerning the contents of the proposed scheduling order on November 14, 2019, and the parties have agreed as to its contents.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**By:** /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

**AND**

**LAW OFFICE OF JEFFREY E. DAHL**
405 N. St. Mary's Street, Suite 242
San Antonio, Texas 78205
(210) 527-0900
(210) 527-0901 (telecopy)

**By:** */s/ Jeffrey E. Dahl*

Jeffrey E. Dahl
State Bar No. 05310900
jdahl@erisaattorneyintexas.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jeffrey E. Dahl, Esq.
Email: jdahl@erisaattorneyintexas.com

November 15, 2019 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers