**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **TAMMY LEWIS,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.** |
| | § | **5:19-cv-1082** |
| | § | |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant** | § | |

## JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to the Scheduling Order and Local Rule CV-88, Plaintiff Tammy Lewis and Defendant Liberty Life Assurance Company of Boston submit this joint report on alternative dispute resolution.

1. With regard to alternative dispute resolution ("ADR"), the parties hereby advise the Court as follows:

(A) Tammy Lewis has made a written settlement offer to Liberty and Liberty will respond to the offer.

(B) Tammy Lewis and her counsel, Jeffrey Dahl, are responsible for settlement negotiations on behalf of Plaintiff and evaluating whether ADR resolution is appropriate.

(C) Paula McGee of Liberty and Iwana Raedemaekers, Liberty's counsel, are responsible for settlement negotiations on behalf of Defendants and evaluating whether ADR resolution is appropriate.

(D) The parties intend to participate in informal settlement negotiations to see if they can resolve this case amongst themselves. In the event the Court determines that ADR is appropriate, the parties are amenable to mediating this case with Joe Casseb, 2122 North Main, San Antonio, Texas 78212, (210) 733-6030, and the parties have agreed to equally split his fee.

(E) Counsel have informed their respective clients of the ADR procedures available in this district.

2. The parties do not jointly consent to trial by a magistrate judge and do not want the case placed on the expedited docket.

Respectfully Submitted,

LAW OFFICE OF JEFFREY DAHL

By: */s/ Jeffrey E. Dahl*
Jeffrey E. Dahl
State Bar No. 05310900
jdahl@erisaattorneyintexas.com

The Travis Building
405 N. St. Mary's Street, Suite 242
San Antonio, Texas 78205
(210) 527-0900
(210) 527-0901 (telecopy)

Attorneys for Plaintiff
Tammy Lewis

LAW OFFICE OF IWANA RADEMAEKERS, P.C.

By: */s/ Iwana Rademaekers*
Iwana Rademaekers
State Bar No. 16452560
iwana@rademaekerslaw.com

14785 Preston Road, Suite 550
Dallas, Texas 75254
(214) 579-9319
(469) 444-6456 (telecopy)

Attorneys for Defendant
Liberty Life Assurance Company of Boston

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Iwana Rademaekers, Esq., Law Office of Iwana Rademaekers, P.C. 14785 Preston Road, Suite 550, Dallas, Texas 75254.

*/s/ Jeffrey E. Dahl*__
Jeffrey E. Dahl