**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **TAMMY LEWIS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:19-cv-01082** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**DEFENDANT'S DESIGNATION OF EXPERT WITNESSES IN CHIEF AND EXPERT REPORTS**

Defendant Liberty Life Assurance Company of Boston ("Defendant") files this Designation of Expert Witnesses in Chief and Expert Reports pursuant to the Scheduling Order entered by the Court in the above-styled matter on November 18, 2019.

### *A. Expert Witnesses*

Defendant designates Iwana Rademaekers as an expert witness for its case-in-chief on the issue of reasonable attorneys' fees in this matter. (See Martindale-Hubbell profile, attached)

### *B. Expert Reports*

Given the uncertainties of litigation and the nature of the issues upon which this expert witness will testify, it is not possible for this witness to prepare an expert report concerning the reasonable attorneys' fees required to defend or prosecute this matter until nearer to the time of the conclusion of this matter. The witness will testify regarding a reasonable and necessary hourly rate for the attorneys' fees in this matter.

Dated this 1st day of April 2020.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a “Notice of Electronic Filing” to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jeffrey E. Dahl, Esq.
jdahl@erisaattorneyintexas.com

April 1, 2020
Date

/s/ Iwana Rademaekers
Iwana Rademaekers